Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Civil Division

|  |  |
|---|---|
| Nadia Mary Metroka<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Redmond K. Barnes acting individually and/or on behalf of Clerk, Scott S. Harris<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____<br>Case: 1:25−cv−00642 JURY DEMAND<br>Assigned To : Contreras, Rudolph<br>Assign. Date : 3/4/2025<br>Description: Pro Se Gen. Civ. (F−DECK)<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non−Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



**RECEIVED**
MAR - 4 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**I.   The Parties to This Complaint**

  **A.   The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Nadia Mary Metroka |
  | Address | 400 SW 1st Avenue 784 |
  | | Ocala, Florida 34478 |
  | | *City / State / Zip Code* |
  | County | Marion County |
  | Telephone Number | 305-906-2704 |
  | E-Mail Address | Nadiametroka@gmail.com |

  **B.   The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1

  | | |
  |---|---|
  | Name | Redmond K. Barnes |
  | Job or Title *(if known)* | Assistant to Clerk at the United States Supreme Court |
  | Address | 1 First Street NE |
  | | Washington, D.C. 20543 |
  | | *City / State / Zip Code* |
  | County | |
  | Telephone Number | 202-479-3022 |
  | E-Mail Address *(if known)* | |

  ☒ Individual capacity   ☒ Official capacity

  Defendant No. 2

  | | |
  |---|---|
  | Name | Scott S. Harris |
  | Job or Title *(if known)* | Clerk at United States Supreme Court |
  | Address | 1 First Street NE |
  | | Washington, DC 20543 |
  | | *City / State / Zip Code* |
  | County | |
  | Telephone Number | 202-479-3022 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

E-Mail Address *(if known)*

☒ Individual capacity   ☒ Official capacity

Defendant No. 3
Name
Job or Title *(if known)*
Address

*City*   *State*   *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Address

*City*   *State*   *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1ST Amendemnt, 6th Amendment and Due Process of the 14th Amendment- specifically, the constitutional right to access the Courts and seek redress for injuries, be it reputation, economic, personal etc. Civil Rights

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

        Plaintiff submitted a petition to the United States Supreme Court to wit, Mr. Redmond K. Barnes has declined (Exhibit A) to docket and provide same to the Court for review for the following stated reasons:

        1) Petitioner did not provide her address on the cover page;
        2) Petitioner provided 11 copies, not 40;
        3) Petitioner did not provide the Order from the trial court.

        Mr. Redmond K. Barnes' decision to deny the Plaintiff access to the Court on account of procedure is in direct conflict with longstanding Supreme Court precedent that requires actions be heard on their merits, not denied/silenced on account of procedural error. Forman v. Davis, 371 U.S. 178 (1962). This was done either with or without approval from Clerk, Scott S. Harris.

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

        At the time of declining to docket and provide Plaintiff's petition for reivew, Mr. Barnes was acting in his capacity as a federal employee of the Clerk's Office of the United States Supreme Court.

**III.**    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

        Mr. Barnes' decision to decline docketing and providing, the subject petition to the Court for review, occurred in the Clerk's office of the United States Supreme Court located in the District Court for the District of Columbia.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

> After receiving notice that her petition would not be docketed nor reviewed, the Plaintiff telephoned Mr. Barnes in early February 2025 to ensure she would be permitted to fix the procedural errors and refile. However, after waiting almost 3 weeks to receive a resposne from Mr. Barnes, Plaintiff has not heard back from Mr. Barnes. Reasonable minds would assume that is because Mr .Barnes intends to deny the Plaintiff access to the Court by not docketing and not allowing her to fix the procedural error..

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

> Plaintiff submitted a petition (Exhibit B) to the subject Court with the intention of the Court hearing and deciding an issue that most believe to be a matter of great public importance. That is- privacy on the worldwide web and more specifically, privacy as it pertains to family relationships. As well as, Due Process and privacy as it pertains to investigative information disseminated online (mugshots, and other information assembled in the course and scope of investigating alleged misconduct). The case is about stopping predatory disseminating/posting online and preserving dignity and domestic tranquilty.

> Mr. Barnes, an assistant at the Clerk's office of the United States Supreme Court, refuses to docket and provide the subject petition to the Court for review due to alleged procedural errors. The subject conduct conflicts with longstanding United States Supreme Court precedent found in Forman v. Davis, 371 U.S. 178 (1962).

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

> Mr. Barnes' conduct is causing direct and foreseeable harm to the Plaintiff in that she is being denied access to the Court to redress her injuries on account of procedure.

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

Plaintiff is seeking for this Court to Order Mr. Barnes to comply with the federal standard of determining matters on their merits and docket the petition and provide it to the Court for a review on the merits.

**VI.  Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.  For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case−related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   2/25/25

Signature of Plaintiff
Printed Name of Plaintiff   Nadia Mary Metroka

**B.  For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

|  |  |  |  |
|---|---|---|---|
| Name of Law Firm | | | |
| Address | 400 SW 1ˢᵗ Avenue, 784 | | |
|  | Ocala | Florida | 34478 |
|  | *City* | *State* | *Zip Code* |
| Telephone Number | | | |
| E-mail Address | | | |